**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ISAIAH HERNDON,

          Plaintiff,

     v.

DIRECTOR OF NURSING, *et al.*,

          Defendants.

Case No. 2:25-cv-01608-RFB-MDC

**DISMISSAL ORDER**

Before the Court is Plaintiff Isaiah Herndon's Motion to Dismiss (ECF No. 4). Herndon's motion is construed as a notice of voluntary dismissal. Cf. FED. R. CIV. P. 41(a)(1)(A)(i). Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Id.

Therefore, **IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 4) is construed as a notice of voluntary dismissal under FRCP 41(a)(1)(A)(i), and this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

And because Herndon's mail from the Court has been returned as undeliverable, noting that he is no longer at High Desert State Prison, see ECF No. 5, the Clerk of Court is **DIRECTED** to send a courtesy copy of this Order to Ely State Prison for Plaintiff Isaiah Herndon.

///

///

///

Based on the foregoing, the Clerk of Court is kindly instructed to close this case.


**DATED:** May 25, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**